1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  AARON GAMMON,
11              Plaintiff,                   No. CIV S-08-0833 LKK JFM P
12       vs.
13  SOL CO SO., et al.,
14              Defendants.                  <u>ORDER</u>
15  _____/
16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
18  U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma
19  pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the
20  court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).
21  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the
22  opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must
23  also provide a certified copy of his prison trust account statement for the six month period
24  immediately preceding the filing of his complaint.
25  /////
26  /////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff's application to proceed in forma pauperis is dismissed without
3    prejudice;

4    2. The Clerk of the Court is directed to send plaintiff a new Application to
5    Proceed In Forma Pauperis By a Prisoner; and

6    3. Plaintiff shall submit, within thirty days from the date of this order, a
7    completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order
8    will result in a recommendation that this action be dismissed without prejudice.
9    DATED: May 27, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp; 001
gamm0833.3djfm

2