IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON GAMMON,

        Plaintiff,                    No. 2:08cv0833-LKK-JFM (PC)

    vs.

SOL CO SO., et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed May 28, 2008, plaintiff was ordered to file an in forma pauperis affidavit on the form used by this district, and a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the in forma pauperis affidavit or the certified trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: July 2, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; gamm0833.fff

2